### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

|  |  |
|---|---|
| CAELAN BRADY,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, an agency of the United States Department of Justice,<br><br>            Defendant. | CV 25-101-GF-WWM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon Plaintiff Caelan Brady's Unopposed Motion to Dismiss (Doc. 12), and for good cause appearing,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the status conference scheduled for March 26, 2026, is **VACATED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of March, 2026.

                            WILLIAM W. MERCER
                            UNITED STATES DISTRICT JUDGE